IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00436-WYD-KMT

PAMELA HURST,

    Plaintiff,

v.

RAMADA STERLING, conducting business in Colorado under the name Ramada Sterling; and
NOBLE HOSPITALITY, INC., a Missouri company conducting business in Colorado,

    Defendants.

---

**ORDER**

---

A five-day jury trial has been set in the above matter for **Monday October 5, 2009, at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

A final trial preparation conference is set for **Monday September 14, 2009, at 9:00 a.m.**

Dated:  May 5, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge