IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO

Case No. 08-CV-436-WYD-KMT

PAMELA HURST,

Plaintiff,

v.   NOBLE HOSPITALITY, INC., a Missouri company conducting business in Colorado,

Defendant.

---

STIPULATED MOTION FOR DISMISSAL

---

The parties, having reached a full and final settlement of this matter, hereby move the Honorable Court to dismiss this case with prejudice, each party to pay its own costs and attorney's fees.

Respectfully submitted on this 1st day of October, 2009,

By: s/ N. Dawn Webber
N. Dawn Webber
Raymond M. Deeny
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
(719) 475-2440
rdeeny@shermanhoward.com
dwebber@shermanhoward.com
Attorneys for Defendant

s/Karen Larson
Karen Hendrick Larson
1120 Lincoln Street, Suite 711
Denver, CO 80203
Telephone: 303-831-4404
FAX: 303-830-8843
email: kvirginia@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO

Case No. 08-CV-436-WYD-KMT

PAMELA HURST,

Plaintiff,

v.   NOBLE HOSPITALITY, INC., a Missouri company conducting business in Colorado,

Defendant.

---

ORDER OF DISMISSAL

---

The Court, having reviewed the parties Stipulated Motion for Dismissal and being apprised of its contents, hereby orders this case shall be dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated: 10/5/09

_____
The Honorable Thomas J. McAvoy